UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| STEPHEN B. SMITH, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. _____ |
| | ) | |
| v. | ) | Jury Demand |
| | ) | |
| POWER SYSTEMS, LLC and | ) | |
| PLAYCORE, INC., | ) | |
| | ) | |
| Defendants. | ) | |

(In the Circuit Court of Knox County, Tennessee)
(Civil Action No. 2-65-21)

**NOTICE OF REMOVAL**

Defendants Power Systems, LLC ("Power Systems") and PlayCore, Inc. ("PlayCore"),

pursuant to 28 U.S.C. §§ 1441 and 1446, respectfully submit this Notice of Removal of the

action currently pending in the Circuit Court of Knox County, Tennessee, to the U.S. District

Court for the Eastern District of Tennessee. In support of this Notice of Removal, Defendants

state:

1.      On March 15, 2021, a complaint was filed against the Defendants in the Circuit

Court of Knox County, Tennessee, entitled *Stephen B. Smith v. Power Systems, LLC and*

*PlayCore, Inc.*, No. 2-65-21.

2.      On March 26, 2021, Defendants were served via their registered agent,

Corporation Service Company.

19900439v1

3.      Pursuant to 28 U.S.C. § 1446(b), Defendants timely have filed this Notice of Removal. Attached hereto as <u>Exhibit A</u> are copies of all process and pleadings received or otherwise known to Defendants in the state action.

4.      This Court has original jurisdiction herein pursuant to 28 U.S.C. § 1331, inasmuch as this is a civil action arising under the laws of the United States (*i.e.*, the Americans with Disabilities Act Amendments Act of 2008 and the Families First Coronavirus Response Act). *See* Compl. ¶1.

5.      A notice of removal is being filed simultaneously with the state court and provided to all parties as required by 28 U.S.C. § 1446(d). A copy of such notice is attached as <u>Exhibit B</u>.

WHEREFORE, Defendants respectfully request that the action now pending against it in the Circuit Court of Knox County, Tennessee be removed to this Court pursuant to 28 U.S.C. § 1441 *et seq*.

Respectfully submitted,

**MILLER & MARTIN PLLC**

By:     s/ Scott E. Simmons
        Scott E. Simmons, BPR No. 29392

Suite 1200, Volunteer Building
832 Georgia Avenue
Chattanooga, TN 37402
Phone: (423) 756-6600
Fax: (423) 785-8480
scott.simmons@millermartin.com

Attorneys for the Defendants

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that the foregoing pleading was filed electronically, and a copy was sent via electronic mail to effectuate service upon the following:

Jesse D. Nelson, Esq.
Nelson Law Group, PLLC
10263 Kingston Pike
Knoxville, TN 37922
jesse@NLGattorneys.com

This 23rd day of April, 2021.

By:     s/ Scott E. Simmons

19900439v1

3